Same case below, 643 F.3d 1025.

No. 11-6753. Jamaine Mingo, Petitioner v. United States.

565 U.S. 1019, 132 S. Ct. 564, 181 L. Ed. 2d 407, 2011 U.S. LEXIS 8006.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 395 Fed. Appx. 723.

No. 11-6755. Willie Dancy, Petitioner v. United States.

565 U.S. 1020, 132 S. Ct. 564, 181 L. Ed. 2d 407, 2011 U.S. LEXIS 8072.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 640 F.3d 455.

No. 11-6756. Fabian Hernandez, Petitioner v. Arizona.

565 U.S. 1020, 132 S. Ct. 564, 181 L. Ed. 2d 407, 2011 U.S. LEXIS 8026.

November 7, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

No. 11-6757. Eugene Shaner Penniegraft, Petitioner v. United States.

565 U.S. 1020, 132 S. Ct. 564, 181 L. Ed. 2d 407, 2011 U.S. LEXIS 8016.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 641 F.3d 566.

No. 11-6759. Eric Hayes, Petitioner v. United States.

565 U.S. 1020, 132 S. Ct. 565, 181 L. Ed. 2d 407, 2011 U.S. LEXIS 8032.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 434 Fed. Appx. 94.

No. 11-6760. Ruben Flores-Olmos, Petitioner v. United States.

565 U.S. 1020, 132 S. Ct. 565, 181 L. Ed. 2d 407, 2011 U.S. LEXIS 7966.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 438 Fed. Appx. 713.

No. 11-6761. Franklin Goodwin, Jr., Petitioner v. United States.

565 U.S. 1020, 132 S. Ct. 565, 181 L. Ed. 2d 407, 2011 U.S. LEXIS 7940.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 433 Fed. Appx. 636.